ACCEPTED
06-15-00086-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 3:28:13 PM
DEBBIE AUTREY
CLERK

# GEORGANNA L. SIMPSON, P.C.

ATTORNEY AT LAW
1349 EMPIRE CENTRAL DRIVE
WOODVIEW TOWER, SUITE 600
DALLAS, TEXAS 75247-4042
PHONE 214-905-3739 • FAX 214-905-3799

GEORGANNA L. SIMPSON
EMAIL: georganna@glsimpsonpc.com

OF COUNSEL:
ELIZABEETH HEARN

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 3:28:13 PM
DEBBIE AUTREY
Clerk

December 9, 2015

Ms. Debra K. Autrey                                          **Via E-Filing**
Clerk, 6th Court of Appeals
Bi-State Justice Building
100 North State Line Ave. #20
Texarkana, Texas 75501

> Re: *In re Tara Brook Tyndell*
> **Court of Appeals: 06-15-00086-CV**

Dear Clerk:

Today Ms. Beth Hearn presented oral argument on behalf of Real Parties in Interest Jennifer and John Nowell. Ms. Hearn's bar number and contact information is as follows:

> Beth M. Hearn
> Attorney at Law
> SBN 24078022
> 555 Republic Dr., Ste. 200
> Plano, TX 75074
> Phone: 469-509-6253
> Fax: 469-519-4253
> beth@bhearnlegal.com

I apologize for not providing this information to you sooner.

Cordially,

/s/ Georganna L. Simpson

Georganna L. Simpson

Cc:     Client